FILED
APR 3 0 2020
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>MARKUS EUGENE LAWLER,<br><br>　　　　　　Defendant. | Case No.: 20MJ9121<br><br>COMPLAINT FOR VIOLATION OF:<br><br>18 U.S.C. § 922(g)(1) –<br>Felon in Possession of a Firearm |

The undersigned complainant being duly sworn states:

On or about April 28, 2020, within the Southern District of California, defendant MARKUS EUGENE LAWLER knowing his status as a convicted felon, that is, a person who had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm that traveled in and affected interstate commerce, to wit a Ruger, model P95, 9 mm pistol with an obliterated serial number; in violation of Title 18, United States Code, Section 922(g)(1).

And the complainant states this complaint is based on the attached Statement of Facts, which is incorporated herein by reference.

*[signature]*
ANGELICA CARPENTER, SPECIAL AGENT
BUREAU OF ALCOHOL, TOBACCO, FIREARMS
& EXPLOSIVES

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 30th day of April 2020.

*[signature]*
HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES MAGISTRATE JUDGE

2

UNITED STATES OF AMERICA
v.
Markus Eugene LAWLER

## STATEMENT OF FACTS

This complaint is based on my personal observations, investigation, and information furnished to me. The following does not contain all of the information known to myself or other federal agents and state and local officers regarding this investigation, but does contain those facts believed to be necessary to establish the requisite probable cause.

On or about April 28, 2020, Markus Eugene LAWLER drove a 2003 black Lexus ES bearing CA license plate 8FUJ218 through the Border Patrol Highway 86 Checkpoint. A Border Patrol Agent (BPA) conducted a pre-primary sniff of the vehicle utilizing his canine partner Salino. Salino alerted to the vehicle and the BPA alerted other BPAs, who were conducting immigration inspections, to refer the vehicle to secondary inspection for further investigation.

In secondary inspection, BPAs spoke with LAWLER, the only passenger in the vehicle. BPAs informed LAWLER he was in the secondary inspection due to the canine alerting to the vehicle. BPAs requested consent to search the vehicle from LAWLER, to which he consented. During the search of the vehicle, in the center console, BPAs found an unloaded Ruger, model P95, 9 mm pistol with an obliterated serial number and a magazine loaded with thirteen round of ammunition inside a plastic garbage bag.

ATF Agents interviewed LAWLER. LAWLER waived his *Miranda* rights and admitted he had previously been convicted of a felony for burglary. LAWLER also admitted that he had the firearm for protection.

Records checks on LAWLER revealed the following relevant criminal history:

| CONVICTION DATE | COURT OF CONVICTION | CHARGE | TERM OF IMPRISONMENT |
|---|---|---|---|
| 01/17/2013 | CASC – Fontana | 459 PC – BURGLARY | 3 YEARS PRISON SUSPENDED |

3

The firearm was inspected and preliminary checks revealed that the firearm was not manufactured in California. Therefore, the firearm traveled in, and/or affected interstate commerce to arrive in the state of California.